UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVILA VARELA, A-094-301-240,

Petitioner,

v.

WARDEN, GOLDEN STATE DETENTION FACILITY,

Respondent.

No.  1:26-cv-1869-DJC-CKD P

RELEASE ORDER

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondent filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 18) are ADOPTED in full.

2.  Petitioner JOSE AVILA VARELA'S (A-094-301-240) application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED.

3.  Respondents are ORDERED to immediately release petitioner from custody subject to reasonable terms of supervision as set forth in 8 U.S.C. § 1231(a)(3), 8 C.F.R. § 241.5.

4.  The Clerk of the Court is directed to serve Golden State Annex with a copy of this Order.

5.  The Clerk of the Court is further directed to close this case.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 vare1869.jo.hc.imm

2